No. 267. BANKERS MORTGAGE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wright Matthews* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Robert N. Anderson* for respondent.

No. 272. SAULSBURY OIL Co. *v.* PHILLIPS PETROLEUM Co. ET AL.; and

No. 273. PHILLIPS PETROLEUM Co. ET AL. *v.* SAULSBURY OIL Co. October 9, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. F. H. McGregor* for petitioner in No. 272. *Messrs. H. D. Emery, Rayburn L. Foster, R. B. F. Hummer,* and *E. H. Foster* for respondents in No. 272. *Messrs. Rayburn L. Foster* and *E. H. Foster* for petitioners in No. 273.

No. 276. WEYMANN *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William A. Gray* for petitioner. *Solicitor General Fahy* and *Messrs. Thomas I. Emerson* and *David London* for the United States.